# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 14-3106-01/29-CR-S-MDH |
| BRANDON W. MALEN, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL

COMES NOW Defendant, Brandon W. Malen, by and through counsel, and for his motion to file his sentencing memorandum under seal, states as follows:

1. Defendant wishes his sentencing memorandum to be filed under seal.

2. Defendant's sentencing memorandum contains information which should not be disclosed to the public.

WHEREFORE, Defendant respectfully requests the Court allow him to file his Sentencing Memorandum under seal.

1

Respectfully submitted,

**Nancy R. Price #44647**
**Law Office of Nancy Graven Price, P.C.**
3010 East Battlefield Road
Springfield, Missouri 65804
Telephone (417) 447-6874
Facsimile (417) 447-6875
nancy@nancypricelaw.com
*Attorney for Brandon W. Malen*

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties so entitled to such notice and that I have mailed the foregoing by U.S. mail first-class postage prepaid to the following non CM/ECF participant, Brandon Malen.

NANCY R. PRICE

2